CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 21 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BROOKS J. TERRELL,<br>    Plaintiff, | )<br>)<br>) | Civil Action No. 7:09-cv-00130 |
| v. | )<br>) | **ORDER** |
| CAPTAIN WILSON, et al.,<br>    Defendant. | )<br>)<br>) | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to administratively exhaust the claims, pursuant to 42 U.S.C. § 1997e(a), and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: This 21st day of April, 2009.

/s/ James C. Turk
Senior United States District Judge